1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GILBERT CARRASCO,

          Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 10-0043 JCG

**JUDGMENT**

      IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED: February 8, 2011.

_____
      Hon. Jay C. Gandhi
    United States Magistrate Judge